**Opinion filed July 12, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00072-CR
_____

## JUDY GARNER PATTEN, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. 13583**

## M E M O R A N D U M   O P I N I O N

Judy Garner Patten has filed in this court a motion to dismiss her appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and her counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

July 12, 2012

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.